# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Fred A. Neal Jr.,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv433-2/3:02CR23

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/1/05 Order.

**Signed: August 1, 2005**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court